# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY M. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CV-800 NCC |
| PHELPS COUNTY JAIL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Anthony Harris's motion and affidavit for permission to appeal *in forma pauperis*, filed on April 26, 2021. ECF No. 42. On April 14, 2021, the United States Court of Appeals for the Eighth Circuit issued an Order directing plaintiff to either pay the $505 appellate filing fee to this Court, or to file a motion for leave to proceed *in forma pauperis* in the Eighth Circuit Court. ECF No. 39. The instant motion before the Court appears to have been filed in response to the Eighth Circuit's April 14th Order and it contains plaintiff's appellate case number. However, plaintiff filed the motion in this Court, rather than with the Court of Appeals. The Court will therefore forward the motion to the United States Court of Appeals for the Eighth Circuit, and administratively close the motion in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **FORWARD** plaintiff's motion and affidavit for permission to appeal *in forma pauperis* (ECF No. 42) to the United States Court of Appeals for the Eighth Circuit.

**IT IS FURTHER ORDERED** that plaintiff's motion and affidavit for permission to appeal *in forma pauperis* (ECF No. 42) shall be **ADMINISTRATIVELY CLOSED** in this case.

**SO ORDERED**.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of May, 2021.